UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| YVONNE TROUT, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DONALD C. WINTER,[1] Secretary of the ) <br> Navy, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 73-0055 (PLF) |

ORDER

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that Defendants' Motion [673] for Final Determination of Attorneys' Fees and Costs Owed to the Plaintiff Class is GRANTED; it is

FURTHER ORDERED that Plaintiffs' Motion [687] for Entry of Judgment Awarding Plaintiffs' Pre-November, 1991 Interest on Backpay and Attorneys' Fees Pursuant to Austria v. Altman [sic] is DENIED; it is

FURTHER ORDERED that plaintiffs and their counsel shall refund $106,375.45 of the interim attorneys' fees and costs previously paid by the government in this action plus interest on that amount, computed using the Treasury bill rate of interest pursuant to 28 U.S.C. § 1961, from the dates on which the excess payments were made up to the date of repayment; and it is

---

[1] Under Rule 25(d)(1) of the Federal Rules of Civil Procedure, Secretary Donald C. Winter has been substituted for former Secretary John H. Dalton.

FURTHER ORDERED that the total amount due pursuant to the foregoing paragraph shall be paid to the government by plaintiffs and their counsel within thirty (30) days from the date of this Order. This is a final appealable order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 15, 2006